UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **QUENTIN D TRENT ET AL** | **CASE NO. 2:24-CV-01214** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLIED TRUST INSURANCE CO** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED** that the Allied Trust's Motion to Dismiss Claims as Prescribed Under FRCP 12(b)(6) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs amend their Complaint within 30 days of the date of this Judgment.

**THUS DONE AND SIGNED** in chambers on this 7th day of October, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**